NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, CLERK
2006 SEP 15 P 12: 02

| | |
|---|---|
| SADIQ SARWARI, *et al.* | Hon. Dennis M. Cavanaugh |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| BP PRODUCTS, NORTH AMERICA, INC., | **PRELIMINARY INJUNCTION** |
| Defendant. | Civil Action No. 06-2976 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter having come before the Court by Greenbaum, Rowe, Smith & Davis LLP (Marc J. Gross, Esq. appearing), counsel for Plaintiffs, upon notice to Kelley, Drye & Warren, LLP (Paul L. Kattas, Esq. and Jonathan K. Cooperman, Esq. appearing, counsel for Defendant BP Products North America, Inc. ("BP"), seeking relief by way of preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, based upon the facts set forth in the Declarations filed herewith and the Amended Complaint, the allegations therein having been declared, under the penalty of perjury, to be true based upon each Plaintiff's personal knowledge and their review of various documents; and it appearing that immediate and irreparable harm will result and for good cause shown after hearing oral arguments of the parties:

IT IS on this 15th day of September, 2006

**ORDERED** that Plaintiffs' application for a preliminary injunction be and hereby is **granted**; and it is further,

**ORDERED** that a preliminary injunction be and hereby is issued against Defendant BP Products North America, Inc., enjoining and restraining BP from enforcing the September 11, 2006, deadline for terminating and/or altering in any manner its relationship with any of the Plaintiffs so as to maintain the *status quo*; and it is further,

**ORDERED** that a preliminary injunction be and hereby is issued against Defendant BP Products North America, Inc., enjoining and restraining BP from terminating Plaintiffs' Commission Marketer Agreements and Commission Marketer Leases.

Dennis M. Cavanaugh, U.S.D.J.

Date: September 15, 2006
Original: Clerk
Copies: All counsel of record
File